E-Filing

1  ROBERT E. KREBS, CA BAR NO. 057526
   rkrebs@thelenreid.com
2  RONALD F. LOPEZ, CA BAR NO. 111756
   rflopez@thelenreid.com
3  DANIEL J. MULLER, CA BAR NO. 193396
   dmuller@thelenreid.com
4  THELEN REID & PRIEST LLP
   225 West Santa Clara Street, Suite 1200
5  San Jose, CA  95113-1723
   Telephone:  (408) 292-5800
6  Facsimile:  (408) 287-8040

7  Attorneys for Plaintiff
   HYPERION SOLUTIONS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| HYPERION SOLUTIONS CORPORATION, a Delaware corporation, | Case No.: 04-CV-05054-VRW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING HYPERION SOLUTIONS CORPORATION'S MOTION TO FILE DOCUMENTS UNDER SEAL |
| v. | |
| HYPERROLL, INC, a Delaware corporation & HYPERROLL ISRAEL LTD., a foreign corporation, | Date: August 25, 2005<br>Time: 2:00 p.m.<br>Ctrm: 17th Floor, Courtroom 6 |
| Defendants. | Honorable Chief Judge Vaughn R. Walker |

Having viewed the submissions relating to the Administrative Motion pursuant to Civil Local Rule 79-5 relating to filing materials under seal, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

Defendants' Administrative Motion to File Documents Under Seal is GRANTED;

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to allow Defendants to file under seal the following pleadings and materials:

1  (a) Exhibit 39 to the *Deposition Of Bradley Perkins* attached to the *Declaration Of*
2  *Daniel J. Muller In Support Of Reply For Motion For Partial Summary Judgment*, which
3  HyperRoll USA designated as "Confidential" pursuant to the relevant provisions of the [Proposed]
4  Protective Order in this matter.
5  IT IS SO ORDERED.
6  Dated: _____
7  _____
   Honorable Chief Judge Vaughn R. Walker