ROBERT E. KREBS, CA BAR NO. 057526
rkrebs@thelenreid.com
RONALD F. LOPEZ, CA BAR NO. 111756
rflopez@thelenreid.com
DANIEL J. MULLER, CA BAR NO. 193396
dmuller@thelenreid.com
THELEN REID & PRIEST LLP
225 West Santa Clara Street, Suite 1200
San Jose, CA  95113-1723
Telephone:  (408) 292-5800
Facsimile:  (408) 287-8040

Attorneys for
HYPERION SOLUTIONS CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERION SOLUTIONS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HYPERROLL INC. and HYPERROLL ISRAEL, LTD.<br>        Defendants. | Case No.: 04-CV-05054 VRW |
| HYPERROLL ISRAEL, LTD.<br><br>        Plaintiff,<br>        Counterclaim Defendant and<br>        Counterclaimant,<br><br>v.<br><br>HYPERION SOLUTIONS CORPORATION,.<br><br>        Defendant,<br>        Counterclaimant, and<br>        Counterclaim Defendant. | Case No.:  05-CV-02431 VRW<br><br>**HYPERION'S REQUEST FOR MEDIATION ORDER AND [PROPOSED] ORDER SELECTING ADR PROCESS [ADR L.R.3-5]** |

SF #1005857 v1                               -1-

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

HYPERION'S REQUEST FOR MEDIATION ORDER
AND [PROPOSED] ORDER SELECTING ADR PROCESS [ADR L.R.3-5]

1  Counsel for Hyperion Solutions Corporation reports that counsel for the parties have met
2  and conferred regarding ADR and have reached a stipulation pursuant to Civil L.R. 16-8 and ADR
3  L.R. 3-5 to mediate cases Nos. 04-CV-05054 VRW and 05-CV-02431 VRW.  However, counsel
4  for HyperRoll Israel Ltd. and HyperRoll Inc. declined to sign an ADR stipulation with both
5  captions for both cases.  Specifically, counsel did not wish to include the caption for case number
6  04-CV-05054, styled *Hyperion Solution Corporation v. HyperRoll Inc. and HyperRoll Israel, Ltd.*
7  in an ADR stipulation.  On the other hand, counsel for HyperRoll Israel Ltd. and HyperRoll Inc.
8  previously agreed befor this Court to mediation in the Joint Case Management Conference for case
9  number 04-CV-05054 VRW filed on March 29, 2005.  Nevertheless, we understand counsel for
10 HyperRoll Inc. and HyperRoll Israel Ltd. is willing to engage in private mediation in both cases.
11 Hyperion requests that the Court issue the following Order.

Dated:  September 27, 2005

                                        THELEN REID & PRIEST LLP
                                        RONALD F. LOPEZ (111756)

                                        _____
                                        Ronald F. Lopez
                                        HYPERION SOLUTIONS CORP.

**[PROPOSED] ORDER**

Pursuant to the parties' separate requests, both captioned matters, case numbers 04-CV-05054 and 05-CV-02431, are hereby referred to:

    ___  Non-binding Arbitration
    ___  Early Neutral Evaluation (ENE)
    ___  Mediation
    _X_  Private ADR Mediation (Mediation – Mediator to be selected by parties)

///
///
///
///

| | |
|---|---|
| 1 | Deadline for ADR session |
| 2 | ___ 90 days for the date of this order |
| 3 | _X_ other (at least 90 days from date of this order; parties may request additional time depending upon availability of mediator) |
| 4 | IT IS SO ORDERED: |
| 6 | Dated: _____ |
| 7 | Vaughn R Walker<br>United States District Court Chief Judge |

[Signature and seal: Judge Vaughn R Walker, United States District Court, Northern District of California]