IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
HYPERION SOLUTIONS CORP,              No   C-04-5054 VRW

        Plaintiff,                    Consolidated with
                                      C-05-2431 VRW
        v
                                      ORDER
HYPERROLL, INC, et al,

        Defendants.
                                /
```

     Plaintiff Hyperion Solutions Corp has moved for leave to file excess pages for their claim construction brief.  Doc #187.  Defendants HyperRoll, Inc and HyperRoll Israel, Ltd do not seek this extension and have opposed Hyperion's request.  Id.  Because an extension is not necessary, the court DENIES Hyperion's motion.  If necessary, the court will request additional briefing.

     Additionally, the court sets the briefing schedule as follows.  The parties shall file simultaneous opening briefs of 25 pages or less by March 27, 2006.  The parties shall file simultaneous reply briefs of 15 pages or less by April 3, 2006.  As discussed at the February 17, 2006, teleconference, the parties' claim construction briefing shall be limited to intrinsic evidence.  Doc #163.

       The parties have also jointly requested a case management conference to schedule cutoff and pre-trial dates.  Doc #171.  Accordingly, the court will deal with scheduling matters following hearing the parties on claim construction on April 19, 2006.

       IT IS SO ORDERED.



VAUGHN R WALKER
United States District Chief Judge