1 [COUNSEL OF RECORD AS LISTED BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERION SOLUTIONS CORP., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HYPERROLL, INC., a Delaware Corporation, & HYPERROLL ISRAEL LTD., a foreign corporation,<br><br>Defendants. | **Case No. 04-CV-05054-VRW**<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER REGARDING JOINT ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT PURSUANT TO CIVIL L.R. 7-11 AND 7-12**<br><br>Honorable Chief Judge Vaughn R. Walker |
| HYPERROLL ISRAEL LTD.<br><br>Plaintiff,<br><br>v.<br><br>HYPERION SOLUTIONS CORP., a Delaware Corporation,<br><br>Defendant. | |
| HYPERION SOLUTIONS, CORP.,<br><br>Counterclaimant and Counterclaim Defendant,<br><br>v.<br><br>HYPERROLL, INC.,<br><br>Counterclaim Defendant and Counterclaimant. | |

HyperRoll, Inc., HyperRoll Israel Ltd., and Hyperion Solutions Corp. wish to refer to and project demonstrative exhibits during the course of their oral arguments at the April 19, 2006

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

725191 v1/PA

1.

STIP AND [PROPOSED] ORDER RE ELECTRONIC EQUIPMENT
04-CV-05054-VRW

1 | Claim Construction Hearing in the above-captioned case;

2 | The parties stipulate to the following:

3 | HyperRoll, Inc., HyperRoll Israel Ltd., and Hyperion Solutions Corp. will have the
4 | following equipment for use during oral argument at the Claim Construction Hearing delivered on
5 | April 18, 2006 at 3:00 p.m. by vendor Advanced Courtroom Technologies ("ACT"):

6 | laptop computers (which may be delivered at the date and time specified above or
7 | brought by parties' counsel at the time of the hearing);

8 | a projector;

9 | a projection screen;

10 | an A/B switch; and

11 | any required cables, connectors, stands, carts or tables.

13 | Dated: April 17, 2006

COOLEY GODWARD LLP
WAYNE O. STACY (*pro hac vice*)
THOMAS J. FRIEL, JR. (80065)
SARAH J. GUSKE (232467)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663

*/S/*
Wayne O. Stacy (*pro hac vice*)
Attorneys for HyperRoll, Inc.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

725191 v1/PA

2.

STIP AND [PROPOSED] ORDER RE ELECTRONIC
EQUIPMENT
04-CV-05054-VRW

| | | |
|---|---|---|
| Dated: April 17, 2006 | | COOLEY GODWARD LLP<br>WAYNE O. STACY (*pro hac vice*)<br>THOMAS J. FRIEL, JR. (80065)<br>SARAH J. GUSKE (232467)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, California 94306-2155<br>Phone: (650) 843-5000<br>Fax: (650) 857-0663 |

*/S/*
Wayne O. Stacy (*pro hac vice*)
Attorneys for HyperRoll Israel Ltd.

Dated: April 17, 2006

THELEN REID & PRIEST LLP
RONALD F. LOPEZ (111756)
ROBERT E. KREBS (057526)
DANIEL J. MULLER (193396)
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

*/S/*
Ronald F. Lopez (111756)
Attorneys for Hyperion Solutions Corp.

**FILER'S ATTESTATION:**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from Ronald F. Lopez.

Dated: April 17, 2006        COOLEY GODWARD LLP

*/S/*
Wayne O. Stacy (*pro hac vice*)

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

725191 v1/PA

3.

STIP AND [PROPOSED] ORDER RE ELECTRONIC EQUIPMENT
04-CV-05054-VRW

# **ORDER**

This Court has considered the parties' administrative request. All parties are allowed to deliver on April 18, 2006, at 3:00 p.m., their required equipment for use during the April 19, 2006 Claim Construction Hearing in the above-captioned case, and are hereby permitted to have such equipment set up in the Courtroom at such time. Laptop computers to be used during the Claim Construction Hearing may be delivered at the above-noted time or may be brought by the parties' counsel at the time of the hearing.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 4/17/2006

Honorable Judge Vaughn R Walker

IT IS SO ORDERED

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Cooley Godward LLP
Attorneys At Law
San Francisco

725191 v1/PA

4.

Stip and [Proposed] Order Re Electronic Equipment
04-CV-05054-VRW