THELEN REID & PRIEST LLP
ROBERT B. PRINGLE (051365) (rbpringle@thelenreid.com)
ROBERT E. KREBS (057526) (rkrebs@thelenreid.com)
RONALD F. LOPEZ (111756) (rflopez@thelenreid.com)
DANIEL J. MULLER (193396) (dmuller@thelenreid.com)
225 West Santa Clara Street, Suite 1200
San Jose, CA 95113-1723
Telephone: (408) 292-5800
Facsimile: (408) 287-8040

Attorneys for Plaintiff
HYPERION SOLUTIONS CORPORATION

COOLEY GODWARD LLP
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
WAYNE O. STACY (*pro hac vice*) (wstacy@cooley.com)
SARAH J. GUSKE (232467) (sguske@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, California 94306-2155
Phone: (650) 843-5000
Fax: (650) 857-0663

Attorneys for HYPERROLL ISRAEL LTD. and HYPERROLL, INC.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
BROOMFIELD

1.

[PROPOSED] ORDER
DISMISSING WITH PREJUDICE
CASE NO. 04-CV-5054-VRW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERION SOLUTIONS CORP., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>HYPERROLL, INC., a Delaware Corporation, & HYPERROLL ISRAEL LTD., a foreign corporation,<br><br>    Defendants.<br><br>HYPERROLL ISRAEL LTD.<br><br>    Plaintiff,<br><br>    v.<br><br>HYPERION SOLUTIONS CORP., a Delaware Corporation,<br><br>    Defendant.<br><br>HYPERION SOLUTIONS, CORP.,<br><br>    Counterclaimant and Counterclaim Defendant,<br><br>    v.<br><br>HYPERROLL, INC.,<br><br>    Counterclaim Defendant and Counterclaimant. | Case No. 04-CV-5054-VRW<br>(Consolidated with 05-CV-2431-VRW)<br><br>[~~PROPOSED~~] ORDER DISMISSING CASES WITH PREJUDICE<br><br>Honorable Chief Judge Vaughn R. Walker |

The Court, having considered the Parties' Joint Stipulation of Dismissal With Prejudice, hereby orders that the above-captioned actions, including all claims and counterclaims between them, is dismissed with prejudice, each Party to bear its own costs and attorneys' fees.

Dated: 9/29/2006

By the Court:

_____
United States Judge Vaughn R. Walker

COOLEY GODWARD LLP
ATTORNEYS AT LAW
BROOMFIELD

2.

[PROPOSED] ORDER
DISMISSING WITH PREJUDICE
CASE NO. 04-CV-5054-VRW

Submitted by:

| | |
|---|---|
| THELEN REID & PRIEST LLP<br>ROBERT B. PRINGLE (051365)<br>ROBERT E. KREBS (057526)<br>RONALD F. LOPEZ (111756)<br>DANIEL J. MULLER (193396) | COOLEY GODWARD LLP<br>WAYNE O. STACY (*pro hac vice*)<br>THOMAS J. FRIEL, JR. (80065)<br>SARAH J. GUSKE (232467) |
| /s/ *Daneil J. Muller* | /s/ *Wayne O. Stacy*<br>Wayne O. Stacy (*pro hac vice*) |
| Attorneys for HYPERION SOLUTIONS CORPORATION | Attorneys for HYPERROLL ISRAEL LTD. and HYPERROLL, INC. |

### **Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: September 29, 2006                               By: */s/ Wayne O. Stacy*

260323 v1/CO

COOLEY GODWARD LLP
ATTORNEYS AT LAW
BROOMFIELD

3.

**[PROPOSED] ORDER
DISMISSING WITH PREJUDICE
CASE NO. 04-CV-5054-VRW**